# EXHIBIT 3

| | |
|---|---|
| **From:** | Kurian Shaw, Anna |
| **To:** | DeFord, Amanda L. |
| **Cc:** | Riva Monica; Tagariello Gian Paolo; gmarzano@legance.it; Wheatley, Lucy Jewett; Rosendahl, Matthew G.; Aletto, Luigi; Bastian, Katherine M; Quinn, Brendan; HL DC TM Group; Mansani, Luigi; Piattelli, Maria Luce |
| **Subject:** | FW: U.S. Lawsuit Initiated by Reebok against Autry - Request for Acceptance of Service |
| **Date:** | Tuesday, May 16, 2023 11:49:59 AM |

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Amanda,

We are responding to your communication of May 10, 2023, directed to the Legance law firm in connection with the above-referenced matter. We represent both Autry International S.r.l. and Autry USA, LLC in connection with Case No. 1:23-cv-10966-RGS filed by Reebok in the District of Massachusetts and will be making our appearances in this case shortly. Please direct all future correspondence regarding this matter to our attention.

Please be advised that both Legance and Hogan Lovells decline to accept service of process on behalf of Autry International S.r.l. Please proceed to formally serve Autry International S.r.l through the proper channels.

Finally, we understand that you have raised a potential conflict of interest issue with Hogan Lovells US LLP's representation of Autry International S.r.l and Autry USA, LLC in connection with the present litigation. However, we have thoroughly reviewed and investigated this matter and have concluded that no such conflict exists. However, should you have additional concerns, we invite you to reach out to us directly to discuss.

Regards,
Anna

**Anna Shaw**
Partner

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Tel:     +1 202 637 5600
Direct:  +1 202 637 5687

Email:   anna.shaw@hoganlovells.com
         www.hoganlovells.com

*Please consider the environment before printing this e-mail.*