UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., LLC, and REEBOK INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>AUTRY INTERNATIONAL S.r.l, and AUTRY USA, LLC,<br><br>Defendants. | Case No. 1:23-cv-10966-RGS<br><br>**JURY TRIAL DEMANDED** |

**Declaration of Lucy Jewett Wheatley In Support of
Plaintiffs Reebok International Ltd., LLC and Reebok International Limited's Reply to
Defendants' Opposition to Motion to Disqualify Hogan Lovells US LLP**

I, Lucy Jewett Wheatley, hereby declare as follows:

1. I am over the age of 18, of sound mind, and competent to testify as to the facts contained in this declaration.

2. I have personal knowledge of the matters set forth in this declaration.

3. I am a partner at McGuireWoods LLP licensed to practice law in the Commonwealth of Virginia and District of Columbia.

4. Along with other attorneys at McGuireWoods, I represent Plaintiffs Reebok International Ltd., LLC, and Reebok International Limited in this matter.

5. Attached hereto as Exhibit 1 are true and correct screen-captures of the following Hogan Lovells' webpages: "Intellectual Property, Media, and Technology", hosted at https://www.hoganlovells.com/en/capabilities/practice-category-group/intellectual-property-media-and-technology; and https://www.hoganlovells.com/en/service/trademarks-and-brands taken on July 5, 2023.

1

6. Attached hereto as Exhibit 2 are true and correct copies of Hogan Lovells' communications with McGuireWoods LLP, copying attorneys Luigi Mansani and Maria Luce Piatelli from its international offices, related to this U.S. dispute, as well as true and correct screen-captures of Mr. Mansani and Ms. Piatelli's Hogan Lovells biographical webpages hosted at [https://www.hoganlovells.com/en/luigi-mansani](https://www.hoganlovells.com/en/luigi-mansani), and [https://www.hoganlovells.com/en/marialuce-piattelli](https://www.hoganlovells.com/en/marialuce-piattelli).

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of July, 2023, at Nags Head, North Carolina.

<u>s/ Lucy Jewett Wheatley</u><br>
Lucy Jewett Wheatley