# EXHIBIT 1

PageVault

| | |
|---|---|
| Document title: | Intellectual Property, Media, and Technology - Legal services - Hogan Lovells |
| Capture URL: | https://www.hoganlovells.com/en/capabilities/practice-category-group/intellectual-property-media-and-technology |
| Page loaded at (UTC): | Wed, 05 Jul 2023 15:45:53 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 15:47:17 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 23.20.96.37 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | recDzbjjyGaVKFGmhtM3A3 |
| User: | mcguirewoods |



# Intellectual Property, Media, and Technology

We live and breathe IP. And we are ready to resolve your intellectual property issues wherever and however they arise.

Download PDF Contact us

## Your ideas. Your innovations. Your brand. Our IP practice understands that these assets make your business unique, and we know how to protect them.

There's a reason why more than half of the world's top 100 brands (*Financial Times*, 2018) have chosen us to represent them. With 400 IP professionals worldwide, we combine a global outlook with local knowledge across the life cycle of IP assets – from development to commercialization, and licensing through to maturity. But it's not how many lawyers we have; it's the way we work together that our clients really value.

Many of our lawyers hold advanced degrees in science and engineering, helping us to fully appreciate the products and processes in traditional industries, as well as emerging ones.

UPC - Unified Patent Court System

Hogan Lovells is your partner in UPC

+

## Practices

Copyright

Designs

Domain Names

International Trade Commission Section 337

Key contacts

Dr. Burkhart Goebel
Partner
**Hamburg, Madrid**

Miriam Gundt, LL.M. (Aberdeen)
Partner
**Dusseldorf**

Celine Jimenez Crowson
Partner
**Washington, D.C.**

Helen Xia (Shanghai IP Agency)
Partner
**Beijing**

Audrey Haroz Reed
Partner
**Washington, D.C., New York**

All lawyers in this practice group

Lawyers by practice group

Go




Our people | What we do | Case studies | Our thinking | ESG | Join us

Useful Links

- IP FinTech Guide
- EU Digital Services Act and Digital Markets Act

Related industries

- Aerospace and Defense
- Automotive and Mobility
- Consumer
- Manufacturing and Industrials
- Education
- Energy and Natural Resources
- Financial Institutions
- Insurance
- Life Sciences and Health Care
- Sports, Media and Entertainment
- Technology and Telecoms
- Transportation and Logistics

Related areas of focus

- False Advertising and Unfair Competition
- Government Rights in Intellectual Property
- IP Rights in Transactions
- Licensing and Commercial Transactions
- Strategic Counseling and Portfolio Development
- Nuclear Funding Opportunities and Government R&D Agreements
- Media and Entertainment
- Post-Grant Proceedings
- Cell, Tissue, and Gene Therapies
- Clinical Trials

Representative experience

Managing Deutsche Telekom's global trademark and domain name portfolio, and advising on complex color mark and other nontraditional trademark litigation in Europe and the U.S.

Representing uPI Semiconductor in a defense of an ITC enforcement proceeding brought by Richtek Technology involving Richtek's allegations of patent infringement and trade secret misappropriation.

Representing a U.S. game software company and its Chinese licensee to

other nontraditional trademark litigation in Europe and the U.S.

Representing uPI Semiconductor in a defense of an ITC enforcement proceeding brought by Richtek Technology involving Richtek's allegations of patent infringement and trade secret misappropriation.

Representing a U.S. game software company and its Chinese licensee to successfully obtain an interim injunction from Guangzhou IP Court against an infringing mobile game.

Awards and recognitions

2018 - 2021
IP Law Firm of the Year - Italy
*Legalcommunity IP & TMT Awards*

2020
French Trademark Firm of the Year
*IAM/WTR Global IP Awards*

2020
German Trademark Litigation Firm of the Year
*IAM/WTR Global IP Awards*

View all awards

© 2023 Hogan Lovells. All rights reserved. "Hogan Lovells" or the "firm" refers to the international legal practice that comprises Hogan Lovells International LLP, Hogan Lovells US LLP and their affiliated businesses, each of which is a separate legal entity. Attorney advertising. Prior results do not guarantee a similar outcome.

PageVault

| | |
|---|---|
| Document title: | Trademarks and Brands - Legal services - Hogan Lovells |
| Capture URL: | https://www.hoganlovells.com/en/service/trademarks-and-brands |
| Page loaded at (UTC): | Wed, 05 Jul 2023 15:47:30 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 15:48:02 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 23.20.96.37 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | wwYXgZZ2sLprc7WTqgyaQ7 |
| User: | mcguirewoods |



Practice

# Trademarks and Brands

Global rebrands. Expanding into new markets. Stopping counterfeit products at their source. Defending color marks or corporate names and identities.

Download PDF Contact us

From creative ideas to global recognition, brand management is at the heart of what we do. From prosecution to enforcement, strategy to litigation, we've got it covered.

These are just some of the things our 240 trademark professionals do on a daily basis. With a team of domain names practitioners, we offer an integrated approach to online brand management, in a world where online commerce is rivaling traditional routes to market.

We don't just execute. We look after your brand, providing valuable insight in challenging, but important, markets to help you succeed where others have failed.

## Representative experience

Advising Merck & Co., Inc. (Kenilworth, New Jersey, USA) in a trademark, domain name, and social media dispute with Merck KGaA. over use of the name "Merck" in Europe and U.S.

Managing Deutsche Telekom's global trademark and domain name portfolio. Advising on complex color mark and other non-traditional trademark litigation in Europe and U.S.

Advising one of Japan's largest car makers on major brand clearances and 3,000+ trademark applications in 40+ countries, coordinated from Tokyo.

Advising Estée Lauder on EU-wide trademark issues and obtaining a revolutionary order in Germany prohibiting the onward shipment to Russia of counterfeit goods in transit.

Advising Proctor & Gamble, and group companies, in connection with its portfolio of IP rights in Mexico; and successful anti-counterfeiting campaigns.

A global pharma company in seizing substantial consignment of counterfeit drugs in transit from China via Dubai to Europe. Perpetrators jailed. Obtained significant damages payments.

Advising one of the largest American multinational supermarket chains on trademark portfolio management in Mexico.

Representing the manufacturers of the Segway personal transporter in trademark litigation in the ITC and federal district court.

News

Hold on! China's Trademark Office issues rules regarding the suspension of trademark review cases

04 July 2023

News

Recap: Consumer Horizons webinar on Artificial Intelligence – Transforming consumer business and reshaping the law

Insights and Analysis

Getting The Deal Through: Automotive and Mobility 2023

Registered Content

13 June 2023

Our seventh publication of Getting the Deal Through:

Key contacts

Imogen Fowler

Office Managing Partner
**Alicante**

Lloyd Parker

Regional Managing Partner - Asia-Pacific
**Sydney**

Dr. Morten Petersenn

Partner
**Hamburg**

Anna Kurian Shaw

Partner
**Washington, D.C.**

All related lawyers

Lawyers by practice group

Go

Related areas of focus

FinTech | IP Rights in Transactions | Strategic Counseling and Portfolio Development





Hogan Lovells Our people What we do Case studies Our thinking ESG Join us

Search

Eng

04 July 2023

The China National IP Administration ("CNIPA") recently issued the "Specifications for Suspension of Trademark Review Cases" ("《评审案件中止情形规范》",...

30 June 2023

As part of our Consumer Horizons series, we conducted a webinar on the legal implications of artificial intelligence in the consumer business. Our speakers James Denvil, PJ Kaur, Florian...

Our seventh publication of Getting the Deal Through: Automotive and Mobility looks at the&nbs..

News

## Trademark Insight 04/2023 – European Union & Germany

09 June 2023

Trademark Insight. With this format, we inform you about current trade mark decisions at regular intervals.

News

## UK: Online marketplace sales - Umbro's famous 'double diamond' marks not infringed by Dream Pairs' logo on football boots

08 June 2023

The UK High Court dismissed all claims brought by Iconix, the owner of the Umbro brand, in its dispute with Dream Pairs over the sale of footwear on Amazon's online marketplace.

Hogan Lovells Events

## Reset and Reconnect: A bird's eye view of the latest development of brand in China

17 May 2023 | 8:30 AM - 10:30 AM (SGT)

We are delighted to invite you to an interactive and engaging breakfast seminar on Wednesday, 17 May 2023, where speakers from our Greater China IP team will walk you through the pressing...

View more publications | View more events and webinars | View more firm news

Strategic Counseling and Portfolio Development

Awards and recognitions

2021-2018
IP Law Firm of the Year - Italy
*Legalcommunity IP & TMT Awards*

2020
French Trademark Firm of the Year
*IAM/WTR Global IP Awards*

2020
German Trademark Litigation Firm of the Year
*IAM/WTR Global IP Awards*

View all awards

Subscribe

Stay in the know Subscribe →

Quick Links
Our people
Case studies
Our thinking
Responsible Business
Diversity, Equity & Inclusion
About us
Join us
Contact us

Connect with us

Cookies Disclaimer Legal notices Modern Slavery Statement Privacy Remote Working RSS

© 2023 Hogan Lovells. All rights reserved. "Hogan Lovells" or the "firm" refers to the international legal practice that comprises Hogan Lovells International LLP, Hogan Lovells US LLP and their affiliated businesses, each of which is a separate legal entity. Attorney advertising. Prior results do not guarantee a similar outcome.

Document title: Trademarks and Brands - Legal services - Hogan Lovells
Capture URL: https://www.hoganlovells.com/en/service/trademarks-and-brands
Capture timestamp (UTC): Wed, 05 Jul 2023 15:48:02 GMT
Page 2 of 3






Hogan Lovells

Our people What we do Case studies Our thinking ESG Join us

Search Eng

Administration ("CNIPA") recently issued the "Specifications for Suspension of Trademark Review Cases" ("《评审案件中止情形规范》",...

As part of our Consumer Horizons series, we conducted a webinar on the legal implications of artificial intelligence in the consumer business. Our speakers James Denvil, PJ Kaur, Florian...

News

## Trademark Insight 04/2023 – European Union & Germany

09 June 2023

Trademark Insight. With this format, we inform you about current trade mark decisions at regular intervals.

News

## UK: Online marketplace sales - Umbro's famous 'double diamond' marks not infringed by Dream Pairs' logo on football boots

08 June 2023

The UK High Court dismissed all claims brought by Iconix, the owner of the Umbro brand, in its dispute with Dream Pairs over the sale of footwear on Amazon's online marketplace.

Hogan Lovells Events

## Reset and Reconnect: A bird's eye view of the latest development of brand in China

17 May 2023 | 8:30 AM - 10:30 AM (SGT)

We are delighted to invite you to an interactive and engaging breakfast seminar on Wednesday, 17 May 2023, where speakers from our Greater China IP team will walk you through the pressing...

Awards and recognitions

### 2021-2018
IP Law Firm of the Year - Italy

*Legalcommunity IP & TMT Awards*

### 2020
French Trademark Firm of the Year

*IAM/WTR Global IP Awards*

### 2020
German Trademark Litigation Firm of the Year

*IAM/WTR Global IP Awards*

View all awards

Subscribe

View more publications | View more events and webinars | View more firm news

Stay in the know

Subscribe →

Quick Links

Our people
Case studies
Our thinking
Responsible Business
Diversity, Equity & Inclusion
About us
Join us
Contact us

Connect with us

Cookies Disclaimer Legal notices Modern Slavery Statement Privacy Remote Working RSS

© 2023 Hogan Lovells. All rights reserved. "Hogan Lovells" or the "firm" refers to the international legal practice that comprises Hogan Lovells International LLP, Hogan Lovells US LLP and their affiliated businesses, each of which is a separate legal entity. Attorney advertising. Prior results do not guarantee a similar outcome.

Hogan Lovells

Document title: Trademarks and Brands - Legal services - Hogan Lovells
Capture URL: https://www.hoganlovells.com/en/service/trademarks-and-brands
Capture timestamp (UTC): Wed, 05 Jul 2023 15:48:02 GMT

Page 3 of 3