# EXHIBIT 2

| | |
|---|---|
| **From:** | Quinn, Brendan |
| **To:** | Wheatley, Lucy Jewett; DeFord, Amanda L.; Rosendahl, Matthew G. |
| **Cc:** | Kurian Shaw, Anna; Bastian, Katherine M; HL DC TM Group; Mansani, Luigi; Piattelli, Maria Luce; Riva Monica; Tagariello Gian Paolo; Marzano Giuseppe |
| **Subject:** | Intellectual Property Claims by Reebok International Ltd., LLC and Reebok International Limited |
| **Date:** | Friday, March 31, 2023 6:13:20 PM |
| **Attachments:** | Autry Response Letter to Reebok 03.31.2023.pdf |
| | Ex. A - Autry Response Letter to Reebok 03.31.2023.pdf |
| | Ex. B - Autry Response Letter to Reebok 03.31.2023.pdf |
| | Ex. C - Autry Response Letter to Reebok 03.31.2023.pdf |

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Dear Ms. Wheatley:

On behalf of Anna Shaw, please see the attached letter and its corresponding exhibits.

Sincerely,

**Brendan C. Quinn**
Senior Associate

**Hogan Lovells US LLP**
555 Thirteenth Street, NW
Washington, DC 20004

Direct:   +1 202 637 6533
Email:    brendan.quinn@hoganlovells.com

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.

PageVault

| | |
|---|---|
| Document title: | Luigi Mansani \| Milan \| Hogan Lovells |
| Capture URL: | https://www.hoganlovells.com/en/luigi-mansani |
| Page loaded at (UTC): | Wed, 05 Jul 2023 17:10:01 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 17:10:33 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 23.20.96.37 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | hQUqNZKiBX1ch31sMkAdNL |
| User: | mcguirewoods |

PDF REFERENCE #:   3qaVNundc4MnbDzq8axE9w



 

Hogan Lovells

Our people  What we do  Case studies  Our thinking  ESG  Join us

Luigi Mansani | Overview | Experience | Credentials | Insights and events



IP Lawyer of the Year

*Legalcommunity IP and TMT Awards 2014 and 2016*

### Related industries

Automotive and Mobility | Life Sciences and Health Care | Technology and Telecoms | Consumer

Manufacturing and Industrials

### Related practices

Copyright | Designs | Domain Names | Gaming Law | Intellectual Property | International Arbitration




PageVault

| | |
|---|---|
| Document title: | Maria Luce Piattelli \| Milan \| Hogan Lovells |
| Capture URL: | https://www.hoganlovells.com/en/marialuce-piattelli |
| Page loaded at (UTC): | Wed, 05 Jul 2023 17:08:51 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 17:09:23 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 23.20.96.37 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | tuMz6L4xrYfHLrGpE4doAi |
| User: | mcguirewoods |

PDF REFERENCE #:    44cbAhE5HztMWfF8RrtkXQ



# Maria Luce Piattelli

Counsel
Intellectual Property, Media, and Technology

- Milan
- +39 02 720 2521
- marialuce.piattelli@hoganlovells.com

Languages
English, Italian

## Overview | Experience | Credentials | Insights and events

As counsel in the IPMT Group, Maria Luce Piattelli focuses her practice at Hogan Lovells on strategic brand counselling, anti-counterfeit actions and IP transactional works. Since 2004 Maria Luce has developed her skills advising clients in the management of complex trademark and design portfolios, in customs seizure matters as well as in a wide range of domestic and cross-border transactions in industries as diverse as fashion and luxury, technology, media, telecoms and food.

In 2011 she obtained a PhD in IP Law from the University of Parma, with a focus on trademarks, her



Our people   What we do   Case studies   Our thinking   ESG   Join us   Search   Eng

Maria Luce Piattelli | Overview | Experience | Credentials | Insights and events

negotiate assignment or license agreements and to assist in complex M&A operations where IP is a key asset.

Read more +



"Maria Luce Piattelli is highly skilled as well as very pragmatic and business oriented. Furthermore, she is always engaged and available"

*Legal 500 EMEA 2021*

## Related industries

| Automotive and Mobility | Consumer | Technology and Telecoms |

## Related practices



