# EXHIBIT 1

PageVault

| | |
|---|---|
| Document title: | Intellectual Property, Media, and Technology - Legal services - Hogan Lovells |
| Capture URL: | https://www.hoganlovells.com/en/capabilities/practice-category-group/intellectual-property-media-and-technology |
| Page loaded at (UTC): | Wed, 05 Jul 2023 15:45:53 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 15:47:17 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 23.20.96.37 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | recDzbjjyGaVKFGmhtM3A3 |
| User: | mcguirewoods |

PDF REFERENCE #:    w4AzTpptjaB7ZV9Ly7Kmrr





















   

Our people   What we do   Case studies   Our thinking   ESG   Join us   Search   Eng






IP and Technology Transactions | IP Litigation | Patents | Privacy and Cybersecurity





Trade Secrets and Confidential Know-how | Trademarks and Brands | Digital Assets and Blockchain



Useful Links

- IP FinTech Guide
- EU Digital Services Act and Digital Markets Act

Related industries

Aerospace and Defense
Automotive and Mobility  Consumer
Manufacturing and Industrials  Education
Energy and Natural Resources
Financial Institutions  Insurance
Life Sciences and Health Care
Sports, Media and Entertainment
Technology and Telecoms
Transportation and Logistics

Related areas of focus

False Advertising and Unfair Competition
Government Rights in Intellectual Property
IP Rights in Transactions
Licensing and Commercial Transactions
Strategic Counseling and Portfolio Development
Nuclear Funding Opportunities and Government R&D Agreements
Media and Entertainment
Post-Grant Proceedings
Cell, Tissue, and Gene Therapies
Clinical Trials

Representative experience

Managing Deutsche Telekom's global trademark and domain name portfolio, and advising on complex color mark and other nontraditional trademark litigation in Europe and the U.S.

Representing uPI Semiconductor in a defense of an ITC enforcement proceeding brought by Richtek Technology involving Richtek's allegations of patent infringement and trade secret misappropriation.

Representing a U.S. game software company and its Chinese licensee to



Document title: Intellectual Property, Media, and Technology - Legal services - Hogan Lovells
Capture URL: https://www.hoganlovells.com/en/capabilities/practice-category-group/intellectual-property-media-and-technology
Capture timestamp (UTC): Wed, 05 Jul 2023 15:47:17 GMT

PageVault

| | |
|---|---|
| Document title: | Trademarks and Brands - Legal services - Hogan Lovells |
| Capture URL: | https://www.hoganlovells.com/en/service/trademarks-and-brands |
| Page loaded at (UTC): | Wed, 05 Jul 2023 15:47:30 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 15:48:02 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 23.20.96.37 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | wwYXgZZ2sLprc7WTqgyaQ7 |
| User: | mcguirewoods |

PDF REFERENCE #:     i86zgGLXbt4v6PXyVHKgQH



Our people   What we do   Case studies   Our thinking   ESG   Join us

 Search    Eng   



Practice

# Trademarks and Brands

Global rebrands. Expanding into new markets. Stopping counterfeit products at their source. Defending color marks or corporate names and identities.

Download PDF   Contact us

## From creative ideas to global recognition, brand management is at the heart of what we do. From prosecution to enforcement, strategy to litigation, we've got it covered.

These are just some of the things our 240 trademark professionals do on a daily basis. With a team of domain names practitioners, we offer an integrated approach to online brand management, in a world where online commerce is rivaling traditional routes to market.

We don't just execute. We look after your brand, providing valuable insight in challenging, but important, markets to help you succeed where others have failed.

### Representative experience

Advising Merck & Co., Inc. (Kenilworth, New Jersey, USA) in a trademark, domain name, and social media dispute with Merck KGaA. over use of the name "Merck" in Europe and U.S.

Advising one of Japan's largest car makers on major brand clearances and 3,000+ trademark applications in 40+ countries, coordinated from Tokyo.

Advising Proctor & Gamble, and group companies, in connection with its portfolio of IP rights in Mexico; and successful anti-counterfeiting campaigns.

Advising one of the largest American multinational supermarket chains on trademark portfolio management in Mexico.

Managing Deutsche Telekom's global trademark and domain name portfolio. Advising on complex color mark and other non-traditional trademark litigation in Europe and U.S.

Advising Estée Lauder on EU-wide trademark issues and obtaining a revolutionary order in Germany prohibiting the onward shipment to Russia of counterfeit goods in transit.

A global pharma company in seizing substantial consignment of counterfeit drugs in transit from China via Dubai to Europe. Perpetrators jailed. Obtained significant damages payments.

Representing the manufacturers of the Segway personal transporter in trademark litigation in the ITC and federal district court.

News

**Hold on! China's Trademark Office issues rules regarding the suspension of trademark review cases**

04 July 2023

News

**Recap: Consumer Horizons webinar on Artificial Intelligence – Transforming consumer business and reshaping the law**

Insights and Analysis

**Getting The Deal Through: Automotive and Mobility 2023**

Registered Content

13 June 2023

Our seventh publication of Getting the Deal Through:

### Key contacts


Imogen Fowler
Office Managing Partner
Alicante


Lloyd Parker
Regional Managing Partner - Asia-Pacific
Sydney


Dr. Morten Petersenn
Partner
Hamburg


Anna Kurian Shaw
Partner
Washington, D.C.

All related lawyers

Lawyers by practice group

Go

### Related areas of focus

FinTech   IP Rights in Transactions

Strategic Counseling and Portfolio Development

# Hogan Lovells

Our people   What we do   Case studies   Our thinking   ESG   Join us

 Search     Eng

**04 July 2023**

The China National IP Administration ("CNIPA") recently issued the "Specifications for Suspension of Trademark Review Cases" ("《评审案件中止情形规范》",...

**30 June 2023**

As part of our Consumer Horizons series, we conducted a webinar on the legal implications of artificial intelligence in the consumer business. Our speakers James Denvil, PJ Kaur, Florian...

Our seventh publication of Getting the Deal Through: Automotive and Mobility looks at the&nbs..

### Strategic Counseling and Portfolio Development

---

## Awards and recognitions

### 2021-2018
IP Law Firm of the Year - Italy
*Legalcommunity IP & TMT Awards*

### 2020
French Trademark Firm of the Year
*IAM/WTR Global IP Awards*

### 2020
German Trademark Litigation Firm of the Year
*IAM/WTR Global IP Awards*

**View all awards**

---

**News**

### Trademark Insight 04/2023 – European Union & Germany

**09 June 2023**

Trademark Insight. With this format, we inform you about current trade mark decisions at regular intervals.

**News**

### UK: Online marketplace sales - Umbro's famous 'double diamond' marks not infringed by Dream Pairs' logo on football boots

**08 June 2023**

The UK High Court dismissed all claims brought by Iconix, the owner of the Umbro brand, in its dispute with Dream Pairs over the sale of footwear on Amazon's online marketplace.

**Hogan Lovells Events**

### Reset and Reconnect: A bird's eye view of the latest development of brand in China

**17 May 2023 | 8:30 AM - 10:30 AM (SGT)**

We are delighted to invite you to an interactive and engaging breakfast seminar on Wednesday, 17 May 2023, where speakers from our Greater China IP team will walk you through the pressing...

**Subscribe**

---

View more publications   View more events and webinars   View more firm news

---

**Stay in the know**   Subscribe →

**Quick Links**

Our people
Case studies
Our thinking

Responsible Business
Diversity, Equity & Inclusion

About us
Join us
Contact us

**Connect with us**     

Cookies   Disclaimer   Legal notices   Modern Slavery Statement   Privacy   Remote Working   RSS

© 2023 Hogan Lovells. All rights reserved. "Hogan Lovells" or the "firm" refers to the international legal practice that comprises Hogan Lovells International LLP, Hogan Lovells US LLP and their affiliated businesses, each of which is a separate legal entity. Attorney advertising. Prior results do not guarantee a similar outcome.





Our people · What we do · Case studies · Our thinking · ESG · Join us

Search · Eng

Administration ("CNIPA") recently issued the "Specifications for Suspension of Trademark Review Cases" ("《评审案件中止情形规范》",...

As part of our Consumer Horizons series, we conducted a webinar on the legal implications of artificial intelligence in the consumer business. Our speakers James Denvil, PJ Kaur, Florian...

**Awards and recognitions**

**2021-2018**
IP Law Firm of the Year - Italy
*Legalcommunity IP & TMT Awards*

**News**

### Trademark Insight 04/2023 – European Union & Germany

09 June 2023

Trademark Insight. With this format, we inform you about current trade mark decisions at regular intervals.

**News**

### UK: Online marketplace sales - Umbro's famous 'double diamond' marks not infringed by Dream Pairs' logo on football boots

08 June 2023

The UK High Court dismissed all claims brought by Iconix, the owner of the Umbro brand, in its dispute with Dream Pairs over the sale of footwear on Amazon's online marketplace.

**Hogan Lovells Events**

### Reset and Reconnect: A bird's eye view of the latest development of brand in China

17 May 2023 | 8:30 AM - 10:30 AM (SGT)

We are delighted to invite you to an interactive and engaging breakfast seminar on Wednesday, 17 May 2023, where speakers from our Greater China IP team will walk you through the pressing...

**2020**
French Trademark Firm of the Year
*IAM/WTR Global IP Awards*

**2020**
German Trademark Litigation Firm of the Year
*IAM/WTR Global IP Awards*

View all awards

Subscribe

View more publications · View more events and webinars · View more firm news

**Stay in the know**

Subscribe →

**Quick Links**

Our people
Case studies
Our thinking

Responsible Business
Diversity, Equity & Inclusion

About us
Join us
Contact us

Connect with us

Cookies · Disclaimer · Legal notices · Modern Slavery Statement · Privacy · Remote Working · RSS

© 2023 Hogan Lovells. All rights reserved. "Hogan Lovells" or the "firm" refers to the international legal practice that comprises Hogan Lovells International LLP, Hogan Lovells US LLP and their affiliated businesses, each of which is a separate legal entity. Attorney advertising. Prior results do not guarantee a similar outcome.