# EXHIBIT 2

| | |
|---|---|
| **From:** | Quinn, Brendan |
| **To:** | Wheatley, Lucy Jewett; DeFord, Amanda L.; Rosendahl, Matthew G. |
| **Cc:** | Kurian Shaw, Anna; Bastian, Katherine M; HL DC TM Group; Mansani, Luigi; Piattelli, Maria Luce; Riva Monica; Tagariello Gian Paolo; Marzano Giuseppe |
| **Subject:** | Intellectual Property Claims by Reebok International Ltd., LLC and Reebok International Limited |
| **Date:** | Friday, March 31, 2023 6:13:20 PM |
| **Attachments:** | Autry Response Letter to Reebok 03.31.2023.pdf |
| | Ex. A - Autry Response Letter to Reebok 03.31.2023.pdf |
| | Ex. B - Autry Response Letter to Reebok 03.31.2023.pdf |
| | Ex. C - Autry Response Letter to Reebok 03.31.2023.pdf |

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Dear Ms. Wheatley:

On behalf of Anna Shaw, please see the attached letter and its corresponding exhibits.

Sincerely,

**Brendan C. Quinn**
Senior Associate

**Hogan Lovells US LLP**
555 Thirteenth Street, NW
Washington, DC 20004

Direct:   +1 202 637 6533
Email:    brendan.quinn@hoganlovells.com

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.

PageVault

| | |
|---|---|
| Document title: | Luigi Mansani \| Milan \| Hogan Lovells |
| Capture URL: | https://www.hoganlovells.com/en/luigi-mansani |
| Page loaded at (UTC): | Wed, 05 Jul 2023 17:10:01 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 17:10:33 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 23.20.96.37 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | hQUqNZKiBX1ch31sMkAdNL |
| User: | mcguirewoods |

PDF REFERENCE #:    3qaVNundc4MnbDzq8axE9w



Document title: Luigi Mansani | Milan | Hogan Lovells
Capture URL: https://www.hoganlovells.com/en/luigi-mansani
Capture timestamp (UTC): Wed, 05 Jul 2023 17:10:33 GMT
Page 1 of 3



Hogan Lovells

Our people  What we do  Case studies  Our thinking  ESG  Join us

Search  Eng

Luigi Mansani | Overview | Experience | Credentials | Insights and events

> IP Lawyer of the Year
>
> *Legalcommunity IP and TMT Awards 2014 and 2016*

## Related industries

Automotive and Mobility | Life Sciences and Health Care | Technology and Telecoms | Consumer

Manufacturing and Industrials

## Related practices

Copyright | Designs | Domain Names | Gaming Law | Intellectual Property | International Arbitration

Document title: Luigi Mansani | Milan | Hogan Lovells
Capture URL: https://www.hoganlovells.com/en/luigi-mansani
Capture timestamp (UTC): Wed, 05 Jul 2023 17:10:33 GMT
Page 2 of 3





PageVault

| | |
|---|---|
| Document title: | Maria Luce Piattelli \| Milan \| Hogan Lovells |
| Capture URL: | https://www.hoganlovells.com/en/marialuce-piattelli |
| Page loaded at (UTC): | Wed, 05 Jul 2023 17:08:51 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2023 17:09:23 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 23.20.96.37 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | tuMz6L4xrYfHLrGpE4doAi |
| User: | mcguirewoods |

PDF REFERENCE #:     44cbAhE5HztMWfF8RrtkXQ





Our people  What we do  Case studies  Our thinking  ESG  Join us     Search    Eng

Maria Luce Piattelli | Overview | Experience | Credentials | Insights and events

negotiate assignment or license agreements and to assist in complex M&A operations where IP is a key asset.

Read more +



"Maria Luce Piattelli is highly skilled as well as very pragmatic and business oriented. Furthermore, she is always engaged and available"

*Legal 500 EMEA 2021*

## Related industries

Automotive and Mobility      Consumer      Technology and Telecoms

## Related practices

Hogan Lovells

Our people | What we do | Case studies | Our thinking | ESG | Join us

Search | Eng

Maria Luce Piattelli

Overview | Experience | Credentials | Insights and events

Automotive and Mobility | Consumer | Technology and Telecoms

## Related practices

Designs | Domain Names | Intellectual Property | Trademarks and Brands

Trade Secrets and Confidential Know-how

## Related area of focus

Electronics and Consumer Appliances | Fashion and Luxury Brands | Food and Beverages

Licensing and Commercial Transactions | IP Rights in Transactions | Retail and Consumer Goods

Strategic Counseling and Portfolio Development

Stay in the know — Subscribe →

Quick Links
- Our people
- Case studies
- Our thinking

- Responsible Business
- Diversity, Equity & Inclusion

- About us
- Join us
- Contact us

Connect with us: LinkedIn, YouTube, Twitter, WeChat

Cookies | Disclaimer | Legal notices | Modern Slavery Statement | Privacy | Remote Working | RSS

© 2023 Hogan Lovells. All rights reserved. "Hogan Lovells" or the "firm" refers to the international legal practice that comprises Hogan Lovells International LLP, Hogan Lovells US LLP and their affiliated businesses, each of which is a separate legal entity. Attorney advertising. Prior results do not guarantee a similar outcome.