IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., LLC, and REEBOK INTERNATIONAL LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>AUTRY INTERNATIONAL S.r.l. and AUTRY USA, LLC,<br><br>    Defendants. | Case No. 1:23-cv-10966-RGS |

**DEFENDANT AUTRY USA, LLC'S MOTION TO DISMISS PURSUANT TO
FED. R. CIV. P. 12(b)(2) AND FED. R. CIV. P. 12(b)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant Autry USA, LLC ("**Autry USA**") hereby respectfully moves to dismiss this action in its entirety against Autry USA for lack of personal jurisdiction, or, in the alternative, moves to dismiss Counts III, IV and V of the Complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

As set forth in more detail in the memorandum filed herewith, Autry USA is a non-resident company (incorporated in Delaware with its only U.S. place of business in New York) that has no commercial presence or real or personal property in Massachusetts. Autry USA has not conducted any marketing activities in Massachusetts, through a website or otherwise, and has only filled two purchase orders to a single retail customer in Massachusetts for a small number of units of products. As such, Autry USA does not have minimum contacts with Massachusetts, and the entire Complaint should be dismissed for lack of personal jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(2). Alternatively, Reebok has not stated a claim for false advertising, because it has not alleged facts to support that Autry's USA's use of the U.S. flag actually deceived or has a tendency

to deceive a substantial segment of Autry USA's customers, or is material to a purchasing decision. And Reebok has not alleged facts to support any specific harm to Reebok proximately caused by Autry's use of a U.S. flag. Autry also has failed to sufficiently describe the metes and bounds of its alleged common law rights in its Stripecheck, Crosscheck and Window Box Marks. For these reasons, Counts III, IV and V should be dismissed for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6).

WHEREFORE, Autry USA respectfully requests that the Court GRANT this Motion and dismiss the action in its entirety WITH PREJUDICE. If the Court is inclined to transfer this action to a forum that has personal jurisdiction over Autry USA, pursuant to 28 U.S.C. § 1631, Autry USA respectfully requests that this action be transferred to the Southern District of New York. Alternatively, Autry USA respectfully requests that Court GRANT this Motion and dismiss Counts III, IV and V WITH PREJUDICE.

## REQUEST FOR ORAL ARGUMENT

Defendant respectfully requests oral argument.

Respectfully submitted,

Date: October 5, 2023

*/s/ Bryan S. Conley*
John L. Strand (BBO No. 654985)
jstrand@wolfgreenfield.com
Bryan S. Conley (BBO No. 666830)
bconley@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax

Robert T. Maldonado (admitted *pro hac vice*)
rmaldonado@wolfgreenfield.com
Aya Cieslak-Tochigi (admitted *pro hac vice*)
acieslak-tochigi@wolfgreenfield.com
JoHanna K. Rothseid (admitted *pro hac vice*)

jrothseid@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue, 25th Floor
New York, NY 10158
212.697.7890 Phone
617.646.8646 Fax

*Counsel for Autry USA, LLC*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

     Pursuant to Local Rule 7.1(a)(2), I certify that, on September 27, 2023, and October 3, 2023, counsel for Defendant Autry USA, LLC and counsel for Plaintiffs Reebok International Ltd., LLC and Reebok International Limited met and conferred in good faith regarding resolution of this motion. The parties were unable to resolve the issues raised in the present motion, but did come to an agreement on other issues regarding the scope of Plaintiffs' complaint (see footnote 1 of the Memorandum filed herewith).

                                                */s/ Bryan S. Conley*
                                                Bryan S. Conley

**CERTIFICATE OF SERVICE**

  I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                */s/ Bryan S. Conley*
                Bryan S. Conley