**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

REEBOK INTERNATIONAL LTD., LLC,
and REEBOK INTERNATIONAL
LIMITED,

        Plaintiffs,

v.

AUTRY INTERNATIONAL S.r.l and
AUTRY USA, LLC,

        Defendants.

Case No. 1:23-cv-10966-RGS

**DECLARATION OF MARCO MASSINI IN SUPPORT OF**
**DEFENDANT AUTRY USA'S MOTION TO DISMISS**
**PURSUANT TO FED. R. CIV. P. 12(b)(2) AND FED. R. CIV. P. 12(b)(6)**

I, Marco Massini, declare and state as follows:

1.      I am over the age of eighteen (18) and competent to testify.

2.      I make this declaration in support of Defendant Autry USA, LLC's ("Autry

USA") Motion to Dismiss Plaintiffs Reebok International Ltd., LLC's and Reebok International

Limited's Complaint (together, "Reebok") on the grounds of lack of personal jurisdiction and

failure to state a claim pursuant to Federal Rules of Civil Procedure Rules 12(b)(2) and 12(b)(6).

3.      This declaration is based upon my personal knowledge of the facts or on business

records that were made in the regular course of business.

4.      I am a Director of Autry Corp, owner of Autry USA. I have held this position

since November 26th, 2021. In the course of my role as Director at Autry Corp, owner of Autry

USA, I am responsible for overseeing operations and affairs of the company on behalf of the

ownership. I also have access to, and have reviewed, Autry USA's relevant corporate and business records.

5. Autry USA is licensed by Autry International S.r.l. ("Autry International"), the designer and manufacturer of the allegedly infringing shoes, to market, sell, and distribute these products and others in the United States. Autry USA fulfills this role by selling and shipping footwear to U.S. retailers only.

6. Autry USA has only sold products to one retailer located in Massachusetts, Bodega LLC. Those sales were procured by Autry USA's exclusive sales representative, PlusPlus, who is an independent contractor located in New York. Bodega LLC placed two purchase orders in September 2022 and January 2023 for less than 200 units of various footwear products. Autry USA fulfilled those orders. Bodega LLC has not placed any subsequent order for products, and we do not have an ongoing relationship with them. We have not sold any products to any other retailer in Massachusetts.

7. Autry USA does not presently import, distribute, market, offer for sale, or sell goods generally, or the allegedly infringing shoes specifically, to consumers or other entities in Massachusetts.

8. Autry USA does not have any existing contracts or agreements with distributors or retailers in Massachusetts to sell the allegedly infringing shoes or any other footwear products.

9. Indeed, Autry USA does not sell products directly to consumers and thus has never made a sale of the allegedly infringing shoes to any consumer in Massachusetts or anywhere else in the United States.

10. Autry USA has no role in the ownership, management, or maintenance of the website at <autry-usa.com>, which is owned by Autry International and managed by a third-

party company called FFW S.r.l. It does not supply the inventory, invoice the customers, or fulfill orders placed on the site. Autry International invoices FFW S.r.l. for orders placed on the website. FFW collects all monies associated with those sales from consumers, and forwards a percentage of that revenue to Autry International. Autry USA earns no revenue from sales on the website.

11. Autry USA has never conducted any marketing or advertising, and, therefore, has never directed any targeted marketing or advertising to consumers or entities located in Massachusetts.

12. Autry USA does not have any general ties to Massachusetts. Autry USA is a Delaware corporation with its principal place of business located in New York City.

13. Autry USA does not have and has never had any offices, real or personal property, warehouses, telephone listings, employees, or factories in Massachusetts. Nor is Autry USA registered to conduct business in Massachusetts. Autry USA has never maintained any bank accounts there and never advertised there.

14. Autry USA has not engaged in "substantial and regular business" in Massachusetts, nor does it have any purposeful minimum contacts with Massachusetts.

15. Although I was aware that Reebok had offices in Massachusetts, I did not know that Reebok's headquarters were in Massachusetts. Autry USA was not aware that Reebok was headquartered in Massachusetts until it received Reebok's Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: 9/28 , 2023

/s/ _____
Marco Massini

City and Country Where Signed:

Parma, Italy
_____

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

*/s/ Bryan S. Conley*
Bryan S. Conley