Civil Action No.: **1:23−CV−10966−RGS**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Autry International S.r.l__

was received by me on (date)__10/13/2023__.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)__John Strand - Wolf, Greenfield & Sacks, P.C.__, who is

designated by law to accept service of process on behalf of (name of organization)_____
__Autry International S.r.l._____ on (date) __10/13/2023__; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : Service made on October 13, 2023 on Autry International by sending a copy of the summons, Complaint, and this Order by email and registered mail to: (1) counsel at Wolf, Greenfield & Sacks, P.C., 600 Atlantic Avenue, Boston, MA 02210, return receipt requested, and by email at Jstrand@wolfgreenfield.com; and (2) Autry International, Via Mannelli 121/A - 50132, Florence, Italy, P.I. 02196080978 and email to cs.autry@the-ffw.com

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

__10/13/2023__  
Date

/s/ Amanda L. DeFord  
Server's Signature

Amanda L. DeFord  
Printed name and title

McGuireWoods LLP, Gateway Plaza  
800 East Canal Street  
Richmond, VA 23219-3916  
Server's Address

Additional information regarding attempted service, etc:

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2023, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

                                                */s/ Lucy J. Wheatley*

                                                Lucy J. Wheatley (admitted pro hac vice)