# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., LLC, and REEBOK INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>AUTRY INTERNATIONAL S.r.l, and AUTRY USA, LLC,<br><br>Defendants. | Case No. 1:23-cv-10966-RGS<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF FIONNA MCQUEEN IN SUPPORT OF PLAINTIFFS OPPOSITION TO AUTRY USA, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Fionna McQueen, declare and state as follows:

1. I am over the age of eighteen (18) and competent to testify.

2. I make this declaration in support of Plaintiffs Reebok International Ltd., LLC, and Reebok International Limited's (collectively, "Reebok") Opposition to Defendant Autry USA, LLC's Motion to for Lack of Personal Jurisdiction.

3. This declaration is based upon my personal knowledge of the facts or on business records that were made in the regular course of business.

4. I am currently Senior Director Classics Product at Reebok International Ltd., LLC. I have worked for Reebok for over three (3) years. I started working at Reebok as a Senior Director – Squad Lead: Heritage Running in March 2020, and I was promoted to my current position in February 2022. Prior to working for Reebok, I worked for nine years at adidas, eventually becoming adidas's Director – Europe Merchandising.

5. Through my nearly twelve (12) years of experience and various roles working in the footwear industry, I am familiar with and have knowledge about the focus and reputations of various retailers across the United States.

6. For example, on the department store retail side, I am familiar with companies such as Nordstrom, Saks Fifth Avenue, and Niemen Marcus. I understand that each of these department stores are considered national retailers in the United States, offering their products online as well as in brick-and-mortar stores. I am also aware that each of these department stores offer their products for sale to consumers in Massachusetts, both online and through brick-and-mortar stores located in the Commonwealth.

7. In addition to carrying other items consumers may expect to find in department stores, Nordstrom, Saks Fifth Avenue, and Niemen Marcus also offer a variety of footwear, including sneakers. Each of these department stores sell and advertise Reebok's shoes that are sold in connection with the trademarks that Reebok asserts in the above-captioned case. It is my understanding that each of these department stores also sell and advertise the Autry USA shoes that Reebok considers infringing.

8. When purchasing Autry USA's infringing shoes through these department stores' websites, I understand that consumers within Massachusetts can choose to have the infringing shoes either shipped to them in Massachusetts or elect to pick up in the infringing shoes at a brick-and-mortar store located in Massachusetts. Attached to my declaration as **Exhibit A** is a true and accurate copy of a screenshot showing the ability to pick up one of Autry USA's infringing shoes at Nordstrom Rack Newbury, which is located here in Massachusetts.

9. On the more fashion boutique side of the industry, I am familiar with the company called Bodega LLC ("Bodega"). Bodega currently has two stores—one in Massachusetts and one

in California. It also has an online presence, including the ability to purchase products for delivery here in Massachusetts.

10. Bodega is widely understood as one of the most trendy and popular sneaker boutiques in Massachusetts. Specifically, Bodega specializes in—and is known both to companies and consumers focused on the fashion sneaker industry for—offering not only both popular, well-established sneaker brands but also new brands that are considered up and coming here in the United States. Bodega is therefore commonly considered to be the store in Massachusetts that sneaker manufactures can use to increase the manufacturer's presence and recognition of its brand in Massachusetts and throughout the United States.

11. Reebok offers a number of its shoes that are sold in connection with the trademarks at issue in this case through Bodega online and in store, including in the Massachusetts location. Autry USA likewise sells a number of its infringing shoes through Bodega. Attached as **Exhibit B** to my declaration is a true and accurate screenshot of Bodega's webpages, showing that both Reebok's shoes and Autry USA's infringing shoes are sold by that company.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October 18, 2023

_____
Fionna McQueen

# Exhibit A

## to McQueen Declaration in Opposition to Autry USA's Motion to Dismiss

Earn 5X the points on beauty! A Nordy Club exclusive. See Restrictions

**NORDSTROM**     Search for products or b     Sign In     Stores     Purchases     🛍 1

Sale | Women | Men | Kids | Designer | Shoes | Activewear | Home | Beauty | 🎁 Holiday Gifts | Explore







★★★★☆ (8) 

## Medalist Low Sneaker (Men)

**AUTRY**

$200.00

🚚 Free shipping

Vintage-inspired design elevates a sweet and sporty sneaker with smart perforations for breathable comfort.

**Color: White/ Beige**

$200.00

    

$235.00



8US / 41EU - Only a few left ⌄

Size guides

**2** people are viewing

○ Free Pickup at **Nordstrom Rack Newbury** and 14 more locations
Arrives in store Fri, Oct 20–Wed, Oct 25

○ Free Shipping to **02108**
Arrives between Fri, Oct 20 - Wed, Oct 25



🛍 **Add to Bag**

♡ **Add to Wish List**

Ⓝ Get a **$40 Bonus Note** when you use a new Nordstrom credit card. See Restrictions & Apply.

Pay in 4 interest-free payments of $50.00 with afterpay ⓘ

or **P** PayPal ⓘ

## Size info
- Whole sizes only; for 1/2 sizes, order next size up.

## Details & care

Vintage-inspired design elevates a sweet and sporty sneaker with smart perforations for breathable comfort.

- Lace-up style
- Leather upper/textile and leather lining/rubber sole
- Imported
- Item #7304345

🎁 **Gift options**

Choose your gift options at Checkout. Some items may not be eligible for all gift options

**Free Pickup**

✉ Printed gift message (free)

🎁 Nordstrom gift box (free)

👜 Fabric gift bag ($5)

🎀 Signature gift wrap ($5)

**Delivery**

✉ Email gift message (free)

✉ Printed gift message (free)

**Free shipping & returns** See more

Fabric gift bag ($5)

**Need help finding the perfect gift? We've got you covered.**

Shop Gifts

You Might Also Like



AUTRY
$195.00
Size 8US / 41EU available



AUTRY
$210.00 – $215.00
Size 8US / 41EU available



AUTRY
$235.00 – $240.00
Size 8US / 41EU available



AUTRY
$230.00
Size 8US / 41EU available

## Reviews

★★★★½ (8)
4.4 out of 5

Write a Review

☐ 5 stars  75%

☐ 4 stars ▮▮  13%
☐ 3 stars      0%
☐ 2 stars      0%
☐ 1 star  ▮▮   13%

**Fit:** *

○———————○———————●———————○———————○

Small                                      True to size                                      Large

**Width:** *

○———————○———————●———————○———————○

Narrow                                    True to width                                     Wide

**Pros:**

[ fit (2) ]   [ satisfaction (2) ]   [ color (2) ]

**Cons:**

Current reviews don't mention any.

🔍 Search reviews

[ Size ▾ ]   [ Color ▾ ]    ☐ Photos    ☐ Verified Purchases

Sort by **Most Helpful**                                                                ▾

---

OliverH24 ★☆☆☆☆  Aug 23, 2023

**stylish but poor quality**

✓ Verified purchase

I was very happy with these shoes at first and still find them to be very stylish, but I am very disappointed with the quality. Within a month of purchasing the shoes and

Show more

**Fit:** *

○——○——●——○——○

Small  True to  Large
        size

👍 4 found this helpful

**Width:** *

○——●——○——○——○

Narrow  True  Wide
         to
        width

---

Gabesanbelt ★★★★★  May 1, 2023

**2023 summer shoe !**

✓ Verified purchase

Amazing fit, you can dress them up or down! I can wait to get more colors and styles!

Size purchased: 10US / 43EU

**Fit:** *

○——○——●——○——○

Small   True to size   Large

👍 3 found this helpful

**Width:** *

○——○——●——○——○

Narrow   True to width   Wide
       **Color:** WHITE/ BEIGE

---

|  | Mason S ★★★★★   Mar 21, 2023 |
|---|---|
| ✓ **Verified purchase** | Fit is standard, comfortable after few wear and very stylish. |
| **Size purchased:** 10 | 👍 **2** found this helpful |
| **Width purchased:** Standard width | |

**Fit:** *

○    ○    ●    ○    ○
Small     True to size     Large

**Width:** *

○    ○    ●    ○    ○
Narrow   True to width   Wide

**Color:** White

---

stevnmedina ★★★★★   Aug 29, 2023

**Size** **nice leather shoes**
**purchased:** 8US /very nice leather shoe. foot will be a little sore at first but
41EU that's typical with a genuine full leather shoe. i typically
wear an 8/8.5 and got a size 41=8. and they fit great
**Fit:** * Show more

○ ○ ● ○ ○          👍 Was this helpful?
Small True to Large
      size

**Width:** *

○ ○ ● ○ ○
Narrow True Wide
      to
      width

---

|  | mphill ★★★★★   Mar 28, 2023 |
|---|---|
| Incentivized review | **obsessed** I'm a woman and I love these. They're so sturdy. They can use a bit of breaking in but the leather quality is amazing and they don't hurt at all. Sizing is great and they're a bit on |
| ✓ **Verified purchase** | Show more |

**Fit:** *  👍 Was this helpful?

○ ○ ● ○ ○
Small True to Large
      size

**Width:** *

○ ○ ● ○ ○
Narrow True Wide
      to
      width

---

3 ratings-only reviews

---

# Outfit ideas for this item





Recommended for You

**Frequently Bought Together**    More From AUTRY





**Balmain**
$1,050.00

**Sustainable Style**
ECCO
$170.00
★★★★★ (209)

Limited-Time Sale
Cole Haan
**$136.00 – $160.00**  (Up to 15% off select items)
$160.00
★★★★★ (699)

rag & bone
$275.00

rag & bone
$265.00
★★★★★ (1)

Allen Edmonds
**$199.00**  (32% off)
$295.00
★★★★★ (101)

Cole Haan
$160.00
★★★★★ (736)

## Recently Viewed



AUTRY
$200.00
★★★★★ (1)



**THE THREAD**
Your go-to destination for all things fashion, beauty and lifestyle at Nordstrom.
Get Inspired

Get Email Updates:  [Email Address]  **Sign up**

Customer Service    About Us    Stores & Services    Nordstrom Card &    Nordstrom, Inc.    Get our apps    Top

| | | | | | |
|---|---|---|---|---|---|
| Contact Us | All Brands | Find a Store | **Rewards** | Nordstrom Rack | |
| Order Status | Careers | Free Style Help | The Nordy Club Rewards | Investor Relations | |
| Shipping | Corporate Social Responsibility | Alterations & Tailoring | Apply for a Nordstrom Card | Press Releases | |
| Return Policy & Exchanges | Diversity, Equity, Inclusion & Belonging | Pop-In Shop | Pay My Bill | Nordstrom Media Network | |
| Price Adjustments | | Virtual Events | Manage My Nordstrom Card | | |
| Gift Cards | Get Email Updates | Spa Nordstrom | | | |
| FAQ | Nordstrom Blog | Nordstrom Restaurants | | | |
| Product Recalls | The Thread | Nordstrom Local | | | |
| 🇺🇸 United States | Nordy Podcast | | | | |

| Privacy | Your Privacy Rights | Terms & Conditions | California Supply Chains Act | ©2023 Nordstrom, Inc. |
|---|---|---|---|---|

# Exhibit B

to McQueen Declaration
in Opposition to Autry USA's
Motion to Dismiss



| | |
|---|---|
| Document title: | Results for reebok autry |
| Capture URL: | https://bdgastore.com/collections/search-results?q=reebok+autry#?q=reebok+autry&Type=Product&keywords=reebok+autry&search_return=all&Producttype=Sneakers |
| Page loaded at (UTC): | Tue, 17 Oct 2023 18:01:58 GMT |
| Capture timestamp (UTC): | Tue, 17 Oct 2023 18:03:55 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 44.213.33.97 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | omNAa9XUpHLA2uwRNdkPfb |
| User: | mcguirewoods |

PDF REFERENCE #:    kXybWNWCP5hPP5Y9z2XYFF



Take an extra 10% off markdowns. Use code 10FORU

Search | 🎵 | USD $ | LOGIN | WISHLIST (0) | CART (0)

NEW ARRIVALS | SALE | BRANDS | BODEGA | FOOTWEAR | APPAREL | ACCESSORIES | LIFESTYLE | WOMEN'S & UNISEX | RELEASES | BLOGDEGA | HELP

# Search Results

**YOUR SELECTIONS:**

Category: Sneakers ⓧ

Clear All

**REFINE BY:**

SIZE +

PRICE +

CATEGORY +

BRAND +

1 - 42 of 42 for "reebok autry"

There were no products that contained **all** of the words you searched for. The below results contain **some** of the words.

Relevance | 60

Product | Content | Releases


**Reebok**
REEBOK PREMIER ROAD MODERN MID
$156.00
QUICK VIEW


**Autry**
MEDALIST LOW
$140.00
QUICK VIEW


**Autry**
MEDALIST LOW
$137.00
QUICK VIEW


**Autry**
OPEN LOW
$160.00
QUICK VIEW






**Autry**
MEDALIST LOW
$137.00
QUICK VIEW


**Reebok**
CLASSIC LEATHER
$130.00
QUICK VIEW


**Reebok**
CLUB C 85
$52.00
QUICK VIEW


**Reebok**
X SNEEZE CLUB C GROUNDS
$130.00
QUICK VIEW






**Reebok**
PYRO
$24.00
QUICK VIEW


**Reebok**
X MAHARISHI LT COURT
$120.00
QUICK VIEW


**Reebok**
X MAISON MARGIELA PROJECT 0 TQ MO
$120.00
QUICK VIEW


**Reebok**
X MAISON MARGIELA PROJECT 0 CL MO
$105.00
QUICK VIEW










Take an extra 10% off markdowns. Use code 10FORU

 

Search

USD $ | LOGIN | WISHLIST (0) | CART (0)

NEW ARRIVALS | SALE | BRANDS | BODEGA | FOOTWEAR | APPAREL | ACCESSORIES | LIFESTYLE | WOMEN'S & UNISEX | RELEASES | BLOGDEGA | HELP






**Reebok**
X MAISON MARGIELA PROJECT 0 CL MO
$105.00
QUICK VIEW

**Reebok**
X EAMES CLASSIC LEATHER
$36.00
QUICK VIEW

**Reebok**
X EAMES CLASSIC LEATHER
$36.00
QUICK VIEW

**Reebok**
BB 4000 II
$63.00
QUICK VIEW






**Reebok**
BB 4000 II
$63.00
QUICK VIEW

**Reebok**
CLASSIC LEATHER
$78.00
QUICK VIEW

**Reebok**
CLASSIC LEATHER 1983 VINTAGE
$59.00
QUICK VIEW

**Reebok**
CLUB C 85
$52.00
QUICK VIEW






**Reebok**
CLUB C 85 VINTAGE
$59.00
QUICK VIEW

**Reebok**
CLUB C MID II REVENGE
$63.00
QUICK VIEW

**Reebok**
CLUB C REVENGE
$52.00
QUICK VIEW

**Reebok**
CLUB C REVENGE VINTAGE
$59.00
QUICK VIEW






**Reebok**
CLUB C VIBRAM
$98.00
QUICK VIEW

**Reebok**
LT COURT
$65.00
QUICK VIEW

**Reebok**
PREMIER ROAD MODERN
$140.00
QUICK VIEW

**Reebok**
PUMP TZ
$111.00
QUICK VIEW








Document title: Results for reebok autry
Capture URL: https://bdgastore.com/collections/search-results?q=reebok+autry#?q=reebok+autry&amp;Type=Product&amp;keywords=reebok…
Capture timestamp (UTC): Tue, 17 Oct 2023 18:03:55 GMT
Page 2 of 4



Search

USD $ | LOGIN | WISHLIST (0) | CART (0)

NEW ARRIVALS | SALE | BRANDS | BODEGA | FOOTWEAR | APPAREL | ACCESSORIES | LIFESTYLE | WOMEN'S & UNISEX | RELEASES | BLOGDEGA | HELP


**Reebok**
X PLEASURES CLASSIC LEATHER
$120.00
QUICK VIEW


**Reebok**
X SNEEZE CLUB C GROUNDS
$130.00
QUICK VIEW


**Reebok**
CLUB C 85 VINTAGE
$25.00
QUICK VIEW


**Reebok**
CLUB C FORM HI
$65.00
QUICK VIEW


**Reebok**
CLASSIC LEATHER
$27.00
QUICK VIEW


**Reebok**
CLASSIC LEATHER
$25.00
QUICK VIEW


**Reebok**
CLASSIC LEATHER 1983 VINTAGE
$27.00
QUICK VIEW


**Reebok**
X BODEGA CLUB C 85
$120.00
QUICK VIEW


**Reebok**
X CLUB C MID II MR
$42.00
QUICK VIEW


**Reebok**
X EAMES CLASSIC LEATHER
$36.00
QUICK VIEW


**Reebok**
X EAMES CLASSIC LEATHER
$36.00
QUICK VIEW


**Reebok**
x Hypebae WOMEN'S DMX THRILL
$39.00
QUICK VIEW


**Reebok**
X LQQK STUDIO CLASSIC LEATHER
$36.00
QUICK VIEW


**Reebok**
x Pleasures CLUB C 85
$36.00
QUICK VIEW



**ABOUT US**
Mission & Social Responsibility

**CUSTOMER SUPPORT**
FAQs

**FINE PRINT**
Terms & Conditions

**JOIN OUR NEWSLETTER**
Your email




| Reebok | Reebok | Reebok | Reebok |
|---|---|---|---|
| CLASSIC LEATHER | CLASSIC LEATHER | CLASSIC LEATHER 1983 VINTAGE | X BODEGA CLUB C 85 |
| $27.00 | $25.00 | $27.00 | $120.00 |
| QUICK VIEW | QUICK VIEW | QUICK VIEW | QUICK VIEW |



| Reebok | Reebok | Reebok | Reebok |
|---|---|---|---|
| X CLUB C MID II MR | X EAMES CLASSIC LEATHER | X EAMES CLASSIC LEATHER | x Hypebae WOMEN'S DMX THRILL |
| $42.00 | $36.00 | $36.00 | $39.00 |
| QUICK VIEW | QUICK VIEW | QUICK VIEW | QUICK VIEW |



| Reebok | Reebok |
|---|---|
| X LQQK STUDIO CLASSIC LEATHER | x Pleasures CLUB C 85 |
| $36.00 | $36.00 |
| QUICK VIEW | QUICK VIEW |



### ABOUT US
Mission & Social Responsibility
Los Angeles Store
Boston Store
Careers

### CUSTOMER SUPPORT
FAQs
Returns
Subscribe To Newsletter
Sign Up For Texts
Accessibility

### FINE PRINT
Terms & Conditions
CCPA

### JOIN OUR NEWSLETTER
Your email

### FOLLOW US