# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., LLC, and REEBOK INTERNATIONAL LIMITED,<br><br>        Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>AUTRY INTERNATIONAL S.r.l and AUTRY USA, LLC<br><br><br>        Defendants and Counterclaimants. | Case No. 1:23-cv-10966-RGS<br><br>**JURY TRIAL DEMANDED** |

# ORDER

This matter comes before the Court on Plaintiffs' Consented-To Motion to Withdraw Applications for Letters of Request for International Judicial Assistance. Having considered the Motion, the Court hereby **GRANTS** the Motion.

Finding that it is necessary and appropriate in this case, it is hereby **ORDERED** that the Letters of Request to obtain the production of documents from the Italian companies Lando e Badon snc ("Lando e Badon") [ECF 157], Ral7000studio S.r.l. ("Ral7000studio") [ECF 158], Style Capital Sgr S.P.A. ("Style Capital") [ECF 159], and FFW s.r.l. d/b/a the-ffw.com ("FFW") [ECF 165] are withdrawn.

The Court further presents its compliments to the Ministry of Foreign Affairs of Italy, the appropriate central authority of the Republic of Italy, and requests international judicial assistance to interrupt the rogatory procedure and withdraw the above-listed Letters of Request.

Dated:  October 18, 2024

                                    /s/ Richard G. Stearns
                                    Honorable Richard G. Stearns
                                    U.S. District Court Judge